UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEGURO MEDICO, LLC d/b/a QUICK HEALTH, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:23-cv-2495 |
| | : | |
| SUFFOLK ADMINISTRATIVE SERVICES, LLC, HAWAII MAINLAND ADMINISTRATORS, LLC, DATA MARKETING PARTNERSHIP, LP, PROVIDENCE HEALTH PLAN, PROVIDENCE HEALTH PARTNERS, PROVIDENCE HEALTH ASSURANCE, | : | |
| Defendants. | : | |

# O R D E R

**AND NOW**, this 7th day of November, 2023, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1.     The Motions to Dismiss, *see* ECF Nos. 25, 26, 31, are **GRANTED in part** and **DENIED in part** as follows:

A.     Count II is **DISMISSED without prejudice** as to Data Marketing Partnership, LP, Suffolk Administrative Services, LLC, and Hawaii Mainland Administrators, LLC.

B.     The motions to dismiss Counts III and IV are **DENIED**.

C.     The motion to dismiss for lack of personal jurisdiction is **DISMISSED** without prejudice as **MOOT**.

2.     **Within twenty (20) days of the date of this Order**, Plaintiff may file an amended complaint as to any claims dismissed without prejudice.

1
110623

3.      If Plaintiff fails to timely file an amended complaint, Count II will be dismissed

with prejudice and the matter will proceed on Counts III and IV only.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge