UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

SEGURO MEDICO, LLC d/b/a QUICK      :
HEALTH,                             :
          Plaintiff,               :
                                    :
         v.                       :     No. 5:23-cv-2495
                                    :
SUFFOLK ADMINISTRATIVE              :
SERVICES, LLC, HAWAII MAINLAND      :
ADMINISTRATORS, LLC, DATA           :
MARKETING PARTNERSHIP, LP,          :
PROVIDENCE HEALTH PLAN,             :
PROVIDENCE HEALTH PARTNERS,         :
PROVIDENCE HEALTH ASSURANCE,        :
          Defendants.              :
_____

**O R D E R**

**AND NOW**, this 15th day of April, 2024, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

    1.    The Motion to Dismiss, *see* ECF Nos. 43, 44, is **GRANTED** in part and **DENIED** in part as follows:

        A.    Count I is **DISMISSED** with prejudice

        B.    Count IV is **DISMISSED** with prejudice as to Suffolk Administrative Services, LLC;

        C.    The motions to dismiss Counts II and III for failure to state a claim are **DENIED**;

        D.    The motion to dismiss Counts I and II for lack of jurisdiction is **DENIED without prejudice** as to Data Marketing Partnership's right to renew it at the close of jurisdictional discovery.

E. Quick Health and Data Marketing Partnership shall complete any discovery relevant to this Court's jurisdiction over Data Marketing Partnership **by June 1, 2024**.

F. Data Marketing Partnership shall file an Answer to the Second Amended Complaint or any renewed motion to dismiss for lack of jurisdiction **on or before June 1, 2024**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge